Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Jim Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-4093<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Jim Smith, <br>               Plaintiffs, <br>      vs. <br> Pfizer, Inc., et al. <br>               Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (JIM SMITH) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: /s/

Attorneys for Plaintiff, Jim Smith

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2   DATED: April 27, 2009    DLA PIPER US LLP
3
4                            By: _____
                                 Michelle Sadowsky
5                                Attorneys for Defendants
6
7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8   **IT IS SO ORDERED.**
9
10  Dated: APR 3 0 2009
                                 _____
11                               Hon. Charles R. Breyer
                                 United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-